[No. 66211-2-I. Division One. October 24, 2011.]

LUCIENNE FIRTH, *Respondent*, v. JUANITA COUNTRY CLUB CONDOMINIUM OWNERS ASSOCIATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-46863-0, Julie A. Spector, J., entered October 7, 2010. *Reversed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 66516-2-I. Division One. October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SEBASTIAN LARRY LUBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00178-2, Beth M. Andrus, J., entered January 7, 2011. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 66535-9-I. Division One. October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SLAVIK POTAPCHUK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03239-1, Richard McDermott, J., entered December 16, 2010. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 66600-2-I. Division One. October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL A. DROPPELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00616-4, Bruce E. Heller, J., entered December 22, 2010. *Remanded* by unpublished per curiam opinion.